UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THOMAS MARION ZACHARY, )
and MICHAEL BURRISS, )
 )
Plaintiffs, )
 )
v. ) CV423-253
 )
BRIAN KEMP, *et al.*, )
 )
Defendants. )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 4), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff Michal Burriss is **DISMISSED**. Plaintiff Thomas Marion Zachary's claims remain pending. (See doc. no. 8.)

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of October, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA