UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THOMAS MARION ZACHARY, | ) |
| Plaintiff, | ) |
| v. | ) CV423-253 |
| BRIAN KEMP, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendations (R&R), (doc. no. 9), to which no objections have been filed. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff's claims against Chatham County Detention Center and Brian Kemp are **DISMISSED**. The claims asserted in his Amended Complaint, (doc. no. 11), remain pending service pursuant to the Magistrate Judge's Order, (doc. no. 12).

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA