# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

THOMAS MARION ZACHARY, )
)
      Plaintiff, )
)
v.                      )          CV423-253
)
BRIAN KEMP, *et al.*, )
)
      Defendants. )

## REPORT AND RECOMMENDATION

After correspondence from the Clerk of Court was returned as undeliverable, the Court directed *pro se* plaintiff Thomas Marion Zachary to respond and show cause why his case should not be dismissed for his failure to comply with this Court's Local Rules and to prosecute this case. *See* doc. 14. The Court expressly warned him that "failure to comply with this Order will result in a recommendation that this case be dismissed." *Id.* at 2-3. The deadline for Zachary to comply has passed and the Order has also been returned by the United States Post Office as undeliverable. *See* doc. 20.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders or failed to prosecute their

claims.  *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Zachary's failure to keep the Court apprised of his current address and his failure to respond to the Court's prior Order merit dismissal.  *Cf. Brown v. Tallahassee Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006) ("Dismissal pursuant to Rule 41(b) upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion." (internal quotation marks and citation omitted)).

Accordingly, Zachary's Amended Complaint should be **DISMISSED**.  *See, e.g.,* Fed. R. Civ. P. 41(b).  This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and

2

Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to timely file objections will result in the waiver of rights on appeal.  11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 4th day of January, 2024.

CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA