UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THOMAS MARION ZACHARY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CV423-253 |
| JOHN T. WILCHER, *et al.*, | ) ) ) |
| Defendant. | ) ) |

ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), (doc. no. 22), to which no objections have been filed. Accordingly, the Report and Recommendation is ADOPTED. Plaintiff's Amended Complaint is DISMISSED. (Doc. no. 11.) The Clerk is DIRECTED to close this case.

ORDER ENTERED at Augusta, Georgia, this _____ day of February, 2024.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA