# United States District Court
## Southern District of Georgia

THOMAS MARION ZACHARY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV423-253

JOHN T. WILCHER, et al.,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 20, 2024, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion; therefore, Plaintiff's Amended Complaint is dismissed. This case stands closed.

| 2/20/2024 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020